# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CLINT FLAKES, | ) |
|     Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE NO. |
| | ) 1:22-cv-00210-VMC |
| LOWE'S HOME CENTERS, LLC and JOHN DOES 1-5, | ) JURY TRIAL DEMANDED |
|     Defendants. | ) |

## AMENDED SCHEDULING ORDER

Upon due consideration of the Parties' Consent Motion to Amend the Scheduling Order (Doc 14), and for good cause being shown:

IT IS ORDERED that the following deadlines are established in this civil action:

1. Discovery shall be completed by February 23, 2023;

2. The parties shall be allowed to depose 20 witnesses each;

3. Plaintiff's deadline to make Rule 26 expert disclosures shall be December 23, 2023, and Defendant's deadline to make Rule 26 expert disclosures is January 23, 2023.

4. The deadline for Motions for Summary Judgment and motions to exclude experts, if any, is March 24, 2023;

5. The parties shall complete a post-discovery settlement conference by March 9, 2023;

6. The parties shall file a proposed Joint Pretrial Order on March 24, 2023, or thirty (30) days after the entry of an order denying summary judgment, whichever is later.

IT IS SO ORDERED, this __18th__ day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE

Consented to by:

| **WERNER LAW, LLC** | **BURR & FORMAN, LLP** |
|---|---|
| /*s/* Nola D. Jackson | /*s/* Kwende B. Jones |
| MICHAEL L. WERNER | KWENDE B. JONES |
| GA BAR NO. 748321 | GA STATE BAR NO. 041155 |
| NOLA D. JACKSON | **171 SEVENTEENTH STREET NW** |
| GA BAR NO. 387799 | **SUITE 1100** |
| **2860 PIEDMONT ROAD NE** | **ATLANTA, GA 30363** |
| **ATLANTA, GA 30305** | **404-815-3000** |
| **770-837-3428** | kbjones@burr.com |
| mike@wernerlaw.com | |
| nola@wernerlaw.com | JENNIFER M. BUSBY |
| COUNSEL FOR PLAINTIFF | GA STATE BAR NO. 098340 |
| | **420 NORTH 20TH STREET** |
| | **SUITE 3400** |
| | **BIRMINGHAM, AL 35203** |
| | COUNSEL FOR DEFENDANT |

**VERNIS & BOWLING OF ATLANTA, LLC**

/*s*/ James Merritt, Jr.
JAMES MERRITT, JR.
GA STATE BAR NO. 416608
**30 PERIMETER PARK DRIVE
SUITE 200
ATLANTA, GA 30341
404-846-2001**
[JMERRITT@GEORGIA-LAW.COM](mailto:JMERRITT@GEORGIA-LAW.COM)
COUNSEL FOR DEFENDANT