## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **CLINT FLAKES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO.: 1:22-cv-00210-ELR |
| **LOWE'S HOME CENTERS, LLC and** | ) |
| **JOHN DOES 105,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF VIDEO DEPOSITION OF CLINT FLAKES

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 26 and 30, Defendant Lowe's Home Centers, LLC ("Defendant"), by and through its counsel of record, will take the deposition of Clint Flakes for purposes of discovery and all other purposes authorized by law, before a certified court reporter or some other officer authorized by law to administer oaths by means of stenographic and/or video and/or audio recordings at Offices of Werner Law, LLC, 2860 Piedmont Road, Atlanta, GA 30305, on Friday, March 10, 2023, beginning at 9:00 AM.

**The deposition will continue from day to day until the examination is complete**.

50384400 v1

Submitted this 7th day of March, 2023.

/s/ *Bret A. Beldt*
Jennifer M. Busby
Georgia Bar No. 098340
gbusby@burr.com
Bret A. Beldt
Georgia Bar No. 940327
bbeldt@burr.com
*Attorneys for Defendant Lowe's Home Centers, LLC*

**BURR & FORMAN LLP**
171 Seventeenth Street, N.W., Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2023, a copy of the foregoing **NOTICE OF VIDEOTAPED DEPOSITION OF CLINT FLAKES** has been filed with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to the following attorneys of record:

Michael L. Werner, Esq.
Mike@WernerLaw.com
Nola D. Jackson, Esq.
Nola@WernerLaw.com
Dan Fink
dan@wernerlaw.com
Werner Law, LLC
2860 Piedmont Road
Atlanta, Georgia 30305

/s/ *Bret A. Beldt*
Bret A. Beldt
Georgia Bar No. 940327
bbeldt@burr.com
*Attorney for Defendant Lowe's Home Centers, LLC*

**BURR & FORMAN LLP**
171 Seventeenth Street, N.W., Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

50384400 v1

3